IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STEPHEN ORMSBY GALLAGHER, II, | * | |
| Plaintiff, | * | |
| v. | * | Civ. No. DLB-23-3135 |
| MERRILL COHEN, | * | |
| Defendant. | * | |

## ORDER

For the reasons stated in the memorandum opinion issued today, it is this 15th day of April, 2024 hereby ORDERED that

1. Gallagher's appeal of the bankruptcy court's award of attorney's fees and expenses to Merrill Cohen, the Chapter 7 Trustee, is DISMISSED;

2. The bankruptcy court's order denying Gallagher's motion to dismiss is VACATED;

3. Cohen's motion to dismiss the appeal, ECF 21, is DENIED;

4. This case is REMANDED to the bankruptcy court for further proceedings consistent with this opinion; and

5. The Clerk SHALL CLOSE this case.

Deborah L. Boardman
United States District Judge